FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 13 AM 10: 39
CLERK *Mak*
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. CV410-082 |
| ) | |
| v. ) | |
| ) | |
| $25,190.00 IN U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

Before the Court is Plaintiff's Motion to Stay Civil Forfeiture Proceeding. (Doc. 5.) After careful consideration, the Court finds that good cause appears for the stay requested by the Plaintiff pursuant to 18 U.S.C. § 981(g) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the Plaintiff to prosecute the related criminal case.

The Court **ORDERS** that this case be stayed until further order of this Court. Plaintiff shall notify the Court of the disposition of criminal case number 4:10-CR-159 within **thirty days** of said disposition.

SO ORDERED this 13th day of September 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA